

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00316-CR

**EX PARTE MICHAEL THOMAS PAUL**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1068-W1
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Michael T. Paul has filed a notice of appeal, stating he is appealing the trial court's ruling on his application for a writ of habeas corpus that was filed pursuant to article 11.072 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. Art. 11.072, § 8 (authorizing applicant to appeal to this court if the application is denied in in whole or in part). A clerk's record and supplemental clerk's record have been filed.

The supplemental record contains an order signed by the trial court on July 8, 2021. That order contains findings of fact and conclusions of law, but it does not grant or deny the relief sought in the application. Instead, the order states: "Based on the foregoing findings of fact and conclusions of law, it is hereby recommended that this application be DENIED." Section 6(a) of article 11.072 requires the trial court to "enter a written order granting or denying the relief sought in the application."

Additionally, the clerk's record does not include a completed certification of Paul's right of appeal. The trial court is required to enter a certification of the defendant's right of appeal each time it enters an appealable order (other than an order appealable under Code of Criminal Procedure Chapter 64). TEX. R. APP. P. 25.2(a)(2).

We therefore abate this appeal and **order** the trial court to sign a written order granting or denying the relief sought in Paul's application and to complete a certification of Paul's right of appeal. We **order** the trial court clerk to file a supplemental record containing these items by **September 8, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.



Michael A. Cruz,
Clerk of Court